IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY GWIAZDOWSKI | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COUNTY OF CHESTER | : | NO. 2:08-cv-04463 |

O R D E R

AND NOW, this 19th day of October 2009, upon consideration of Plaintiff's Motion to Certify Class (Doc. No. 12), Defendant's Response in opposition thereto (Doc. No. 13), Plaintiff's Reply in support thereof (Doc. No. 16) and Plaintiff's Notice of Supplemental Authority in further support thereof (Doc. No. 19), and following a hearing conducted before this Court on August 5, 2009 (Doc. No. 18), it is hereby ORDERED that Plaintiff's Motion is GRANTED.

BY THE COURT:

/S/LEGROME D DAVIS

Legrome D. Davis, J.